UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:15-cv-1369-Orl-37-KRS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAOUL MOSQUERA,

    Defendant.

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, Plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. 1345.

### Venue

2. The Defendant RAOUL MOSQUERA is a resident of Brevard County, Florida within the jurisdiction of this Court.

### Statement Of Claim

3. On February 14, 2005, Defendant, RAOUL MOSQUERA, as Managing Member of Del Sol Grill, LLC, executed and delivered a Promissory Note to the Small Business Administration in the amount of Eighty-one thousand dollars. ($81,000.00) with the annual interest rate of 2.900%. A copy of the Note described herein is attached hereto and made apart hereof as Exhibit "A".

4. There has been a default on the note. Plaintiff accelerated the note on July 27, 2009. A copy of the notice of acceleration is attached hereto as Exhibit "B".

5. As of June 10, 2015, the amount owed on the note is:

| | | |
|---|---|---|
| a. | Principal | $7,763.40 |
| b. | Interest | $1,938.05 |
| c. | Administrative charges | $2,532.14 |
| | Total: | $12,233.59 |

Interest accrues at 2.90% per year or $0.6168 per day.

6. Plaintiff declares the full amount payable under the Note to be due.

7. In order to unconditionally guarantee the payment by Del Sol Grill, LLC to Plaintiff of all sums due under the Note, as well as the full and complete performance of all Defendant's obligations to Plaintiff under the note, on February 14, 2005. RAOUL MOSQUERA, Guarantor, executed an unconditional guaranty in favor of the Plaintiff. A copy of the Guaranty is attached hereto as Exhibit "C".

8. Guarantor is in breach of the Loan Guaranty due to Del Sol Grill, LLC's failure to pay the Note in accordance with its terms and as otherwise described herein.

9. Plaintiff retained the undersigned counsel and is required to pay said counsel a fee for his services.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA, prays for judgment:

A. For the sums set forth in paragraph 5 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

DATED this __12__ day of August, 2015.

          Respectfully submitted,

By: _____
 Steven M. Davis (Florida Bar No. 894249)
 Email: sdavis@becker-poliakoff.com
 Becker & Poliakoff, P.A.
 121 Alhambra Plaza, 10th Floor
 Coral Gables, FL 33134
 Telephone: (305)262-4433
 Facsimile: (305) 442-2232
 *Attorneys for Plaintiff United States of America*