## AFFIDAVIT OF DEBT

STATE OF ARKANSAS

COUNTY OF PULASKI

Sarah Hawkins, being duly sworn, deposes and says that: She is the Deputy Director for the Little Rock Commercial Loan Servicing Center of U.S. SMALL BUSINESS ADMINISTRATION (hereinafter referred to as "SBA"), an Agency of the United States Government established by the Small Business Act of 1953 (67 Stat. 232, 15 U.S. Code 631, as amended) having its principal office at Washington, D.C. and a Commercial Loan Servicing Center at Little Rock, and that as such Supervisory Loan Specialist she is authorized to and does make, execute and file this Affidavit of Debt on behalf of SBA, pursuant to Delegation of Authority, No. 30, Region I: Rev. 1, dated March 6, 1974, published in Federal Register Volume 39, No. 45, Page 8678.

1. On or about January 9, 2005, pursuant to an Authorization duly approved under Loan Docket No. 8434704008 SBA approved a loan to Del Sol Grille, L.C. in the sum of EIGHTY-ONE THOUSAND DOLLARS ($81,000).
2. Said indebtedness is evidenced by a Promissory Note dated February 3, 2005, executed by and payable to the order of Del Sol Grille, L.C., in the principal sum of $81,000 bearing interest from the date of each advance at the variable rate of TWO AND NINE TENTHS percent (2.90%) per annum.
3. The total amount of owed at charge-off was $7,763.40 plus interest of $159.40 to date, July 23, 2007.
4. The total amount owed as of June 10, 2015 is $7,763.40 principal plus interest of $1,938.05 for a total of $9,701.45 indebtedness.

EXHIBIT A

5. Further evidence of indebtedness, specifically under the SBA Direct Loan Program, is evidenced by the SBA Form 2121, titled SBA Unconditional Guarantee, executed by Raoul Mosquera.

6. SBA is the holder of said Promissory Note.

7. Demand for payment in full of the entire balance of principal on the debt evidenced by the Promissory Note has been made.

U.S. SMALL BUSINESS ADMINISTRATION

By: _____

Subscribed and sworn to before me, Denine R. Graham, this 10th day of June 2015.

_____