

# BECKER & POLIAKOFF

121 Alhambra Plaza
Alhambra Towers - 10th Floor
Coral Gables, FL 33134
(305) 262-4433

July 27, 2009

ADMINISTRATIVE OFFICE
3111 STIRLING ROAD
FORT LAUDERDALE, FL 33312
954.987.7550

WWW.BECKER-POLIAKOFF.COM
BP@BECKER-POLIAKOFF.COM

FLORIDA OFFICES
BOCA RATON
FORT MYERS
FORT WALTON BEACH
HOLLYWOOD
HOMESTEAD
MELBOURNE*
MIAMI
NAPLES
ORLANDO
PORT ST. LUCIE
SARASOTA
TALLAHASSEE
TAMPA BAY
WEST PALM BEACH

U.S. & GLOBAL OFFICES
NASSAU
NEW YORK CITY
PARIS*
PRAGUE
TEL AVIV*

* by appointment only

Del Sol Grill, LLC
625 Dartmouth Avenue
Melbourne, FL 32901

Re:   United States of America vs. Del Sol Grill, LLC
      CDCS Account No.

Dear Del Sol Grill, LLC:

The Department of Treasury has forwarded a claim against you to the United States Department of Justice. This office represents the U. S. Department of Justice for collection of the claim. Claim arose in connection with a loan obtained from the U.S. Small Business Administration. The claim states that you owe the Department of Treasury: $10,455.30 including principal, and late/administrative charge/penalties as of July 27, 2009.

You have thirty (30) days from the date of receipt of this letter to dispute the validity of this claim, or any portion thereof. If we do not hear from you within the aforementioned thirty (30) days, we will assume that the debt is valid. If you do notify us within the 30-day period that you dispute this debt, or any portion thereof, we will obtain verification from the Department of Treasury. A copy of that verification will be forwarded to you. Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

You should be aware that the 30-day period within which you may dispute the debt or request information does not automatically suspend all proceedings on this claim; the right to pursue legal action still exists.

If you do not dispute this debt, forward your cashier's check or money order for the total amount of the debt, payable to the U. S. Department of Justice, Central Intake Facility, P.O. Box 70932, Charlotte, NC 28272-0932, within the 30-day period. Your CDCS Account No. 2008A90255 should be written in the lower left corner of your payment.

If your company does not pay the full amount of this debt within the thirty-day period, a judgment will be sought against it in the United States District Court. Your company may be liable for costs and attorney fees involved in securing the judgment as allowable by law. Your company may be eligible to pay monthly installment payments to pay the judgment. The amount of the monthly installment will be determined by this office. If you wish to begin monthly payments now, please contact the undersigned.

Any questions that you may have concerning this matter are to be forwarded to this office. Payments only are to be sent to the Central Intake Facility.

Very truly yours,

Steven M. Davis, Esq.
For the Firm

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

EXHIBIT C

MEMBERS OF CONSULEGIS AN INTERNATIONAL NETWORK OF LEADING LAW FIRMS