# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:15CV1369-ORL-37KRS

Plaintiff:
**United States of America**

vs.

Defendant:
**Raoul Mosquera**

For:
Steven M. Davis, Esq. (4)
Becker & Poliakoff, P.A.
121 Alhambra Plaza
10th Floor
Coral Gables, FL  33134

Received by Investigative Process Service, Inc. on the 21st day of August, 2015 at 12:10 pm to be served on **Raoul Mosquera, 1625 Dartmouth Avenue, Melbourne, FL 32901**.

I, Sandra Patton, being duly sworn, depose and say that on the **22nd day of August, 2015** at **11:03 am, I:**

**SUBSTITUTE - RESIDENTIAL:**  served by delivering a true copy of the **Summons in a Civil Action; Civil Cover Sheet and Complaint** with the date and hour of service endorsed thereon by me, to: **Maureen Mosquera, Spouse/** Co-Resident, at **625 Dartmouth Avenue, Melbourne, FL 32901** the within named person's usual place of abode, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, pursuant to F.S. 48.031(1) (a).

**Military Status:** Based upon inquiry of the party served, defendant is not in the military service of the United States.

**Additional Information pertaining to this Service:**
Actual Street Address is **625** Dartmouth as noted above.

**Description** of Person Served:  Age: 42,  Sex: F,  Race/Skin Color: White,  Height: 5'8",  Weight: 130,  Hair: Blonde,  Glasses: Y

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the circuit in which service was effected and have no interest in the above action pursuant to F.S. 92.525(2), no notary is required.

State of Florida
County of Brevard

**Sandra Patton**
CPS#375

Subscribed and Sworn to before me on the 24th day of August, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC:

DIANA WARDWELL
MY COMMISSION # FF 024368
EXPIRES: October 5, 2017
Bonded Thru Budget Notary Services

Investigative Process Service, Inc.
P.O. Box 3551
Orlando, FL 32802-3551
(888) 426-7436

Our Job Serial Number: ILS-2015006882

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

